# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERMAINE BRANFORD,** | : CIVIL ACTION NO. 1:19-CV-1023 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **UNITED STATES OF AMERICA,** *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 25th day of August, 2020, upon consideration of defendants' motion (Doc. 21) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 21) to dismiss is GRANTED.

2. The action against Katie Foulds, Lieutenant Smith, Counselor Newton, and the John Does is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania